# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: MJ-14-00056                                    DATE: July 31, 2014

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Karen Quitlong                    Court Reporter: Veronica F. Reilly
Courtroom Deputy: Carmen B. Santos           Electronically Recorded: 8:15 - 9:37; 10:38 - 11:56
                                                                       2:12 - 3:25;  3:47 -  4:50
                                                                       5:21 - 6:32

**APPEARANCES.**

| Defendant: | Roman Seleznev | Attorney: | Patrick Civille |
| | | | Joshua Walsh |

Present   Custody   Bond   P.R.                Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David               U.S. Agent: David Iacovetti, Homeland Security
U.S. Probation: None Present
Interpreter: Polina Collins                   Language: Russian

**PROCEEDINGS:** (✓ Motion to Continue Motion to Discharge and Release/
                  (✓ Hearing on Motion to Discharge and Release/
                  ( ) Identity Hearing

- Motion to Continue <u>denied</u>. Motion to Discharge and Release <u>denied</u>.
- Defendant waives reading of Indictment. Defendant advised of his rights and charges.
- Identity Hearing <u>conducted</u>. Witnesses sworn and examined; exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Warrant of Removal <u>granted</u>. Order to be prepared: <u>Government</u>.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Also Present via telephone: AUSA Michael Morgan; AUSA Andrew Freedman;
       Pro Hac Vice Defense Counsel: Ely Goldin and Robert Ray

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| v. | |
| ROMAN SELEZNEV | Case Number: MJ-14-00056 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chief Judge Frances Tydingco-Gatewood | Marivic David / Andrew Freedman | G. Patrick Civille / Joshua Walsh |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| July 31, 2014 | Veronica F. Reilly | Carmen B. Santos |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 2:12 - **Identity Hearing** |
| | | | | | | 2:20 - **Dan Schwandner, called and sworn, DX by Marivic David** |
| | 1 | | 7/31/14 | 7/31/14 | 7/31/14 | Arrest warrant, certified copy |
| | 2 | | 7/31/14 | 7/31/14 | 7/31/14 | Superseding Indictment, certified copy |
| | 3 | | 7/31/14 | 7/31/14 | 7/31/14 | Red Notice |
| | 4a-21 | | 7/31/14 | 7/31/14 | 7/31/14 | Russian Federation passport, no. 640410831 (international) |
| | 4a-4 | | | 7/31/14 | | page 4 - Russian Federation passport, no. 640410831 (international) |
| | 4a-21 | | | 7/31/14 | | page 21 - Russian Federation passport, no. 640410831 (international) |
| | 5a-12 | | 7/31/14 | 7/31/14 | 7/31/14 | Russian Federation passport, no. 4511393969 (internal) |
| | 5a-3 | | | 7/31/14 | | page 3 - Russian Federation passport, no. 4511393969 (internal) |
| | 6 | | 7/31/14 | 7/31/14 | 7/31/14 | Maldives departure card |
| | 7a | | 7/31/14 | 7/31/14 | 7/31/14 | Transaero Airlines itinerary |
| | 7b | | | | | Translation of Exhibit 7a |
| | 8 | | 7/31/14 | 7/31/14 | 7/31/14 | Transaero boarding pass |
| | | | | | | Court preserves defense's on-going objection as to admission of exhibits |
| | | | | | | 2:57 - **CX of Witness Schwandner by Patrick Civille** |
| | 4a-21 | | 7/31/14 | 7/31/14 | 7/31/14 | Russian Federation passport, no. 640410831 (international) |
| | 3 | | 7/31/14 | 7/31/14 | 7/31/14 | Red Notice |
| | 6 | | 7/31/14 | 7/31/14 | 7/31/14 | Maldives departure card |
| | | | | | | 3:25 - 3:47 - Afternoon break |
| | | | | | | 3:47 - **Continued CX of Witness Schwandner by Patrick Civille** |
| | 4a-21 | | 7/31/14 | 7/31/14 | 7/31/14 | page 21 - Russian Federation passport, no. 640410831 (international) |
| | 3 | | 7/31/14 | 7/31/14 | 7/31/14 | Red Notice |
| | 6 | | 7/31/14 | 7/31/14 | 7/31/14 | Maldives departure card |
| | 5a-12 | | 7/31/14 | 7/31/14 | 7/31/14 | Russian Federation passport, no. 4511393969 (internal) |
| | | | | | | 3:56 - **Re-DX of Witness Schwandner by Marivic David** |
| | 6 | | 7/31/14 | 7/31/14 | 7/31/14 | Maldives departure card |
| | | | | | | 3:59 - **Re-CX of Witness Schwandner by Patrick Civille** |
| | 6 | | 7/31/14 | 7/31/14 | 7/31/14 | Maldives departure card |
| | 3 | | 7/31/14 | 7/31/14 | 7/31/14 | Red Notice |
| | | | | | | 4:01 - **DX of Witness Schwander by Andrew Freedman** |
| | 5b | | | | | Translation of Exhibit 5a |
| | 5a- | | 7/31/14 | 7/31/14 | 7/31/14 | page 5 - Russian Federation passport, no. 4511393969 (internal) |
| | 5b | | | | | page 3 - Translation of Exhibit 5a |
| | | | | | | 4:05 - Witness Schwandner excused |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 4:06 - **Witness Michael Stephen Fishlin, called and sworn, DX by Marivic David** |
| | 2 | | 7/31/14 | 7/31/14 | 7/31/14 | Superseding Indictment, certified copy |
| | 9 | | | 7/31/14 | | Domain Registration for Track2.name |
| | 10a | | | 7/31/14 | | Screenshot of Email from PayPal |
| | 10b | | | 7/31/14 | | Translation of Exhibit 10a |
| | 11a | | | 7/31/14 | | PayPal transaction log |
| | 11b | | | 7/31/14 | | PayPal activity log |
| | 12a | | | 7/31/14 | | Screenshot 1 |
| | 12b | | | 7/31/14 | | Screenshot 2 |
| | 13a | | | 7/31/14 | | Ozon travel reservation |
| | 13b | | | 7/31/14 | | Translation of Exhibit 13a |
| | 4b | | | 7/31/14 | | Translation of pages of Exhibit 4a |
| | 5a-12 | | 7/31/14 | 7/31/14 | 7/31/14 | page 5 - Russian Federation passport, no. 4511393969 (internal) |
| | 5b | | | 7/31/14 | | Translation of Exhibit 5a |
| | 5b | | | 7/31/14 | | page 5 - Translation of Exhibit 5a |
| | 12b | | | 7/31/14 | | Screenshot 2 |
| | 5a-12 | | | 7/31/14 | 7/31/14 | page 10 - Russian Federation passport, no. 4511393969 (internal) |
| | 4a-21 | | | 7/31/14 | 7/31/14 | page 21 - Russian Federation passport, no. 640410831 (international) |
| | 13b | | | 7/31/14 | | Translation of Exhibit 13a |
| | 7a | | 7/31/14 | 7/31/14 | 7/31/14 | Transaero Airlines itinerary |
| | 7b | | | | | Translation of Exhibit 7a |
| | | | | | | 4:47 - Government moves to admit 4b, 5b, 7b, 9, 10a, 10b, 11a, 11b, 12a, 12b, 13a, 13b, |
| | | | | | | 4:49 - Exhibits admitted |
| | 4b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of pages of Exhibit 4a |
| | 5b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of Exhibit 5a |
| | 7b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of Exhibit 7a |
| | 9 | | 7/31/14 | 7/31/14 | 7/31/14 | Domain Registration for Track2.name |
| | 10a | | 7/31/14 | 7/31/14 | 7/31/14 | Screenshot of Email from PayPal |
| | 10b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of Exhibit 10a |
| | 11a | | 7/31/14 | 7/31/14 | 7/31/14 | PayPal transaction log |
| | 11b | | 7/31/14 | 7/31/14 | 7/31/14 | PayPal activity log |
| | 12a | | 7/31/14 | 7/31/14 | 7/31/14 | Screenshot 1 |
| | 12b | | 7/31/14 | 7/31/14 | 7/31/14 | Screenshot 2 |
| | 13a | | 7/31/14 | 7/31/14 | 7/31/14 | Ozon travel reservation |
| | 13b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of Exhibit 13a |
| | | | | | | 4:50 - 5:21 - Afternoon recess |
| | | | | | | 5:22 - **CX of Witness Fishlin by Ely Goldin** |
| | 2 | | 7/31/14 | 7/31/14 | 7/31/14 | Superseding Indictment, certified copy |
| | 9 | | 7/31/14 | 7/31/14 | 7/31/14 | Domain Registration for Track2.name |
| | 10a | | 7/31/14 | 7/31/14 | 7/31/14 | Screenshot of Email from PayPal |
| | 10b | | 7/31/14 | 7/31/14 | 7/31/14 | Translation of Exhibit 10a |
| | | | | | | 5:38 - **CX of Witness Fishlin by Patrick Civille** |
| | 11a | | 7/31/14 | 7/31/14 | 7/31/14 | PayPal transaction log |
| | 9 | | 7/31/14 | 7/31/14 | 7/31/14 | Domain Registration for Track2.name |
| | 3 | | 7/31/14 | 7/31/14 | 7/31/14 | Red Notice |
| | 5b | | 7/31/14 | 7/31/14 | 7/31/14 | page 2 - Translation of Exhibit 5a |
| | | | | | | 5:47 - **Re-DX of Witness Fishlin by Marivic David** |
| | 9 | | 7/31/14 | 7/31/14 | 7/31/14 | Domain Registration for Track2.name |
| | | | | | | 5:52 - **Re-CX of Witness Fishlin by Ely Godlin** |
| | | | | | | 5:58 - **Re-CX of Witness Fishlin by Pat Civille** |

| PRESIDING JUDGE **Chief Judge Frances Tydingco-Gatewood** | | | | | | PLAINTIFF'S ATTORNEY **Marivic David / Andrew Freedman** | DEFENDANT'S ATTORNEY **G. Patrick Civille / Joshua Walsh** |
|---|---|---|---|---|---|---|---|
| HEARING DATE (S) July 31, 2014 | | | | | | COURT REPORTER **Veronica F. Reilly** | COURTROOM DEPUTY Carmen B. Santos |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 11a | | 7/31/14 | 7/31/14 | 7/31/14 | PayPal transaction log | |
| | 9 | | 7/31/14 | 7/31/14 | 7/31/14 | Domain Registration for Track2.name | |
| | | 2 | 7/31/14 | 7/31/14 | 7/31/14 | Declaration of Ely Goldin - ECF 37-2 | |
| | | 1 | 7/31/14 | 7/31/14 | 7/31/14 | Declaration of Expert Opinion of Tatiana Hay - ECF 37-3 | |
| | | 3 | 7/31/14 | 7/31/14 | 7/31/14 | Warrant of Arrest - Western District of Washington | |
| | | | | | | 6:06 - Witness Fishlin excused | |