1  ALICIA A.G. LIMTIACO
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  JENNY A. DURKAN
   United States Attorney
7  MICHAEL MORGAN
   Assistant U.S. Attorney
8  Western District of Washington
   700 Stewart Street, Suite 5220
9  Seattle, WA 98101
   Phone: (206) 553-7970
10 Fax: (206) 553-0882
   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 14-00056 |
|---|---|
| Plaintiff, | **WARRANT OF REMOVAL** |
| vs. | |
| ROMAN SELEZNEV, <br>  aka TRACK 2, <br>  aka ROMAN IVANOV, <br>  aka RUBEN SAMVELICH, <br>  aka nCuX, <br>  aka Bulba, <br>  aka brandysli64, <br>  aka smaus, <br>  aka Zagreb, <br>  aka shmak, | |
| Defendant. | |

THIS MATTER having come before the undersigned United States District Court for a hearing pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D), the Court hereby finds:

- 1 -

1) the government has produced a certified copy of the arrest warrant; and

2) the defendant, Roman Seleznev, is the same person named in the superseding indictment and warrant.

Now, therefore, IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D), that further proceedings in this case shall be conducted in the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith to the Clerk of the Court in the Western District of Washington the records of proceedings conducted in this District; and

IT IS FURTHER ORDERED that the United States Marshal for the District of Guam shall transport the defendant as promptly as possible to the Western District of Washington.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Aug 01, 2014**